# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. THOMAS, | No. 4:17-CV-02164 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| COMMONWEALTH OF PENNSYLVANIA and PA STATE ATTORNEY GENERAL, | |
| Respondents. | |

## ORDER

**MAY 30, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 20) is **ADOPTED**;

2. Thomas' 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED** as time-barred;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge